**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CINDY LEE GARCIA,
  *Plaintiff-Appellant*,

v.

GOOGLE, INC., a Delaware
Corporation; YOUTUBE, LLC, a
California limited liability company,
  *Defendants-Appellees*,

and

NAKOULA BASSELEY NAKOULA, an
individual, AKA Sam Bacile; MARK
BASSELEY YOUSSEF; ABANOB
BASSELEY NAKOULA; MATTHEW
NEKOLA; AHMED HAMDY; AMAL
NADA; DANIEL K. CARESMAN;
KRITBAG DIFRAT; SOBHI BUSHRA;
ROBERT BACILY; NICOLA BACILY;
THOMAS J. TANAS; ERWIN
SALAMEH; YOUSSEFF M. BASSELEY;
MALID AHLAWI,
  *Defendants*.

No. 12-57302

D.C. No.
2:12-cv-08315-
MWF-VBK

ORDER

Filed March 14, 2014

Before:  Sidney R. Thomas, Chief Judge
and En Banc Coordinator.

**ORDER**

A judge of this Court has made a *sua sponte* request for a vote on whether to rehear *en banc* the panel's order of February 28, 2014 denying a stay of the panel's prior orders, as amended, directing Google and YouTube to remove immediately all or part of a film entitled "Innocence of Muslims" from its platforms worldwide and to prevent further uploads.

Pursuant to General Order 5.5(b), a vote of the non-recused active judges was conducted as to whether to rehear the panel order *en banc*. A majority of the non-recused active judges did not vote in favor of rehearing *en banc*.

Therefore, pursuant to General Order 5.5(c), the panel shall resume control of the case. Any further proceedings as to the panel opinion, including any petitions for rehearing and rehearing en banc, will be considered separately.